[No. 50565-3-I.   Division One.   April 19, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN EARL
SIVO, *Appellant*.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 00-1-00808-5, Michael F. Moynihan,
J., entered May 29, 2002. *Reversed* by unpublished opinion
per Agid, J., concurred in by Cox, C.J., and Appelwick, J.

[No. 50792-3-I.   Division One.   April 19, 2004.]

DELAURA WHITSON ALISHIO, *Appellant*, v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 01-2-25298-4, Nicole MacInnes, J., entered
June 5, 2002. *Affirmed* by unpublished opinion per Grosse,
J., concurred in by Ellington, A.C.J., and Becker, J. Now
published at 122 Wn. App. 1.

[No. 51054-1-I.   Division One.   April 19, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMIE LEE
JONES, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 02-1-00930-8, Carol A. Schapira, J., entered
September 15, 2002. *Affirmed* by unpublished per curiam
opinion.

[No. 51516-1-I.   Division One.   April 19, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DEVIN JENNINGS,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 00-1-11165-3, Michael Hayden, J., entered
June 5, 2001. *Affirmed* by unpublished per curiam opinion.